**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Bishop Harding Smith,

      Plaintiff,

      v.

Mayor Winston, et al.,

      Defendants.

**ORDER ON REPORT**
**AND RECOMMENDATION**
Civil No. 25-4348 ADM/DJF

---

Harding Smith, pro se.

Michael Conlin-Brandenburg for Defendants.

---

This matter is before the undersigned United States District Judge on the May 18, 2026, Report and Recommendation of Magistrate Judge Dulce J. Foster ("R&R"). Plaintiff has not objected to this R&R in the time period permitted. Accordingly, based on the R&R and the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation [Docket No. 25] is **ADOPTED**;

3. Defendants' Motion for Judgment on the Pleadings [Docket No. 10] is **GRANTED**; and

4. The case is dismissed with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

                            BY THE COURT:

Dated: June 5, 2026

                            s/Ann D. Montgomery
                            ANN D. MONTGOMERY
                            U.S. DISTRICT JUDGE